IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKEISHA S. BROWN,      Plaintiff, : : : | |
| v. : : | CIVIL ACTION NO. 23-CV-1473 |
| CHAPMAN CHEVROLET LLC, *et al.*,      Defendants. : : | |

## ORDER

AND NOW, this **3rd day of August 2023**, upon consideration of Plaintiff Lakeisha S. Brown's *pro se* Amended Complaint (ECF No. 8), it is hereby **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

 **BY THE COURT:**

 /s/ Chad F. Kenney
 _____
 **CHAD F. KENNEY, J.**